IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DOROTHY KATHLEEN CLARK,**

      **Plaintiff,**

      -vs-                                                           No. 06-CV-277 DRH

**COMMERCIAL RECOVERY SYSTEMS,
INC., and JOHN DOE, alias STEVE BISHOP,**

      **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Plaintiff's Notice of Voluntary Dismissal.

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's claims against Defendants **COMMERCIAL RECOVERY SYSTEMS, INC.**, and **JOHN DOE, alias STEVE BISHOP** are **DISMISSED** with prejudice.

                                                **NORBERT G. JAWORSKI, CLERK**

September 19, 2006                                    By:  s/Patricia Brown
                                                                         Deputy Clerk

APPROVED: /s/     David   RHerndon
              **U.S. DISTRICT JUDGE**